# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141430 & (23)(24)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

THADDEUS MARCELL WILLIAMS,
          Defendant-Appellant.

SC: 141430
COA: 295546
Wayne CC: 07-007377-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 24, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to vacate conviction and sentence is DENIED.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

d0830